UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARREN PIEPER,<br><br>                 Petitioner,<br><br>     v.<br><br>THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, et al.,<br><br>                 Respondents. | Civil Action No. 25-18099 (MAS)<br><br>**MEMORANDUM ORDER** |

      This matter comes before the Court upon the Court's review of Petitioner's habeas petition. (ECF No. 1.) By way of background, Petitioner filed a habeas petition in July 2025. (*See Pieper v. Doe*, Docket No. 25-13660, at ECF No. 1.) That matter was thereafter terminated until Petitioner refiled his petition on the proper form, which he ultimately did on December 1, 2025. (*See Pieper v. Doe*, Docket No. 25-13660, at ECF No. 20.) This matter was thereafter filed on December 2, 2025. (ECF No. 1.) Petitioner's habeas petition in this matter is essentially a copy of the amended petition he filed in his original case. It raises the same claims, and names essentially the same Respondents. (*See* ECF No. 1; *cf. Pieper v. Doe*, Docket No. 25-13660, at ECF No. 20.) Petitioner's filing in this matter is thus clearly duplicative of the amended complaint he filed in 25-13660, and must be dismissed without prejudice as such. *See, e.g., Fabics v. City of New Brunswick*, 629 F. App'x 196, 198 (3d Cir. 2015). Petitioner should make any future filings related to his pending habeas petition in his original habeas matter, Docket No. 25-13660.

**IT IS THEREFORE** on this 8th day of January, 2026, **ORDERED** that:

1. Petitioner's habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** as duplicative of the amended petition filed in Petitioner's original habeas matter (*Pieper v. Doe*, Docket No. 25-13660, at ECF No. 20); and

2. The Clerk of the Court shall serve a copy of this Order upon Petitioner by regular mail, and shall mark this matter as **CLOSED**.

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE